JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GIERKE,<br><br>        Plaintiff,<br><br>    v.<br><br>ORANGE COUNTY, etc., et al.,<br><br>        Defendant(s). | SACV 09-00041-JVS(RNBx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED: November 17, 2009

                                                _____
                                                      James V. Selna
                                            United States District Judge